UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81277-CIV-CANNON/Reinhart

JOHN DAVID GRENON,

       Plaintiff,

v.

RIC BRADSHAW
in his official capacity as Sheriff of Palm Beach County, *et al*.,

       Defendants.

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation [ECF No. 31]. On November 4, 2021, the Court referred Defendants' Motion to Dismiss Counts II and III of Plaintiff's First Amended Complaint [ECF No. 23] to Magistrate Judge Bruce E. Reinhart for a Report and Recommendation [ECF No. 29]. On January 24, 2022, Judge Reinhart issued a Report ("R&R") recommending that Counts II and III of Plaintiff's First Amended Complaint be dismissed without prejudice with leave to amend [ECF No. 31 p. 17]. The R&R states that the parties shall file any objections within fourteen days of the date of service of the R&R [ECF No. 31 pp. 17–18]. No party has filed objections.

Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that Defendants' Motion to Dismiss Counts II and III of Plaintiff's First Amended Complaint [ECF No. 23] should be **GRANTED** for the reasons set forth therein.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1.      The R&R [ECF No. 31] is **ADOPTED**.

CASE NO. 21-81277-CIV-CANNON/Reinhart

2.      Defendants' Motion to Dismiss [ECF No. 23] is **GRANTED**.

3.      Counts II and III of Plaintiff's First Amended Complaint are **DISMISSED WITHOUT PREJUDICE**.

4.      Plaintiff will have one final opportunity to file a second amended pleading for the limited purpose of amending Counts II and III consistent with the R&R, on or before **March 3, 2022**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 16th day of February 2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record